UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUADALUPE ADAMS | : |
| | : |
| | : |
| v. | : |
| | :  Case No. 6:15-cv-1039-JTM-KGG |
| WINFIELD PLAZA, LLC | : |

JOINT STIPULATION OF
FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Winfield Plaza, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: November 13, 2015

By: /s/ Pete M. Monismith        By: /s/ C. Eric Pfanstiel

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | C. ERIC PFANSTIEL<br>Kansas Bar No. 40593<br>epfanstiel@soonerlaw.com<br>400 West Fourth Street<br>P.O. Box 309<br>Claremore, Oklahoma 74018<br>Telephone: 918/343-4100<br>Facsimile: 918/343-4900<br>**Attorney for Defendant** |